IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re

DIGITAL MILLENIUM COPYRIGHT
ACT, SECTION 512(H) SUBPOENA TO
ONLINE SERVICE PROVIDER                    Case No.

### DECLARATION OF DUNCAN MCQUEEN IN SUPPORT OF CHILDREN INTERNATIONAL'S SUBPOENA

I, Duncan McQueen, hereby declare as follows:

1. I am an attorney duly licensed to practice law in Missouri and have been retained as counsel for Children International. This Declaration is made in support of Children International's request for issuance of a 17 U.S.C. Sec. 512(h) subpoena from the United States District Court, Western District of Missouri.

2. On December 1, 2006, a website was registered at the domain name of http://www.helpmyhope.com. This unauthorized website was populated with Children International's copyrighted pictures and text orientated in the exact same configuration as Children International's own website at http://www.children.org. The website was hosted on a server owned by Sago Networks, LLC. Children International never authorized the copying of the contents of its copyrighted website to the owner or operator of this website or server.

3. The subpoena Children International seeks will be used only to obtain the identity of the alleged infringer, and the information will be used only for the purposes of protecting Children International's copyright.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of December, 2006 at Kansas City, Missouri.

Duncan William McQueen

STATE OF MISSOURI )
                               ) ss.
COUNTY OF JACKSON )

Sworn to and subscribed before me, a notary public, in and for the State of Missouri, this 12 day of December, 2006.

Notary Public

My Commission Expires:

11-21-2008

MARGARET A. JACKSON
Notary Public - Notary Seal
Commission # 04641126
STATE OF MISSOURI
CLAY COUNTY
MY COMMISSION EXPIRES NOV. 21, 2008

Respectfully submitted,

DUNCAN W. MCQUEEN, Mo Bar #58224
MICHAEL P. JOYCE, Mo Bar #38501
VAN OSDOL, MAGRUDER, ERICKSON
AND REDMOND, P.C.
911 Main Street, Suite 2400
Kansas City, MO 64105
(816) 421-0644
(816) 421-0758 - Fax

ATTORNEYS FOR CHILDREN INTERNATIONAL