LAW OFFICES
# VAN OSDOL, MAGRUDER, ERICKSON AND REDMOND, P.C.

2400 COMMERCE TOWER
911 MAIN STREET
KANSAS CITY, MISSOURI 64105-5310
Telephone (816) 421-0644 *** Fax (816) 421-0758
Toll Free (877) 637-3476
www.vomer.com

E-MAIL ADDRESS: firm@vomer.com

Meetings with Attorneys By Appointment Only at:

LIGHTON TOWER
OVERLAND PARK, KANSAS
(913) 693-8027

**Please Reply To Missouri Office Only**

MICHAEL D. FITZGERALD
KEVIN E. GLYNN
ROBERT M. BEACHY
THOMAS R. WILLY
WILLIAM A. DENNEY
JEFFREY S. BAY*
KENT A. COXE*
MICHAEL P. JOYCE*
MELINDA M. WARD*
CHRISTINA A. NEWLAND*†
ANNE LINTON POND *±
DUNCAN W. MCQUEEN

JOSEPH H. MOORE
OF COUNSEL

PAUL VAN OSDOL, JR.
(1915-1996)
ROBERT F. REDMOND, III
(1931-2000)
GUY A. MAGRUDER, JR
(1922-2002)
RICHARD M. ERICKSON
(1933-2006)

*ALSO ADMITTED IN KANSAS
†ALSO ADMITTED IN VIRGINIA
± ALSO ADMITTED IN NEBRASKA

December 8, 2006

*Via e-mail: abuse@sagonet.com*
*via Facsimile at 813-839-4966*
*and Regular Mail*

Sago Networks
4465 W. Gandy Blvd Suite 800
Tampa, FL 33611

Re: Unauthorized content on http://www.helpmyhope.com

Dear Sago Networks:

We represent Children International, an international charity that provides aid and assistance to hundreds of thousands of sponsored children throughout the world. Children International currently maintains a website at http://www.children.org. The intellectual property embodied in this site has been infringed by a website hosted on one of the servers controlled by your company at http://www.helpmyhope.com.

This is the required notice under the Digital Millennium Copyright Act, 17 U.S.C. Section 512(c)(3). As legal representatives of Children International, we are authorized to act on their behalf to protect their intellectual property rights.

As you currently have no Designated Service Provider Agent registered with the U.S. Copyright Office, I am sending this notification of alleged Copyright infringement, with respect to users of the your service, to your corporate office.

The material which I contend belongs to our client, and appears illegally on the service owned by your company are the web documents, including text and graphical images, hosted at http://www.helpmyhope.com. This material is a mirror copy of our client's website, with minor modifications for email contact information. The material appeared at the infringing website address as late as the morning of December 8, 2006. I have a good faith belief that the use of the material that appears on this web server is not authorized by the copyright owner, its agent, or by

{00008425.1}

operation of law.

The information in this notice is accurate, and I am authorized to act on behalf of the copyright owner. I declare under the perjury laws of the United States of America that the statements contained in this letter are true and correct.

Very truly yours,

Duncan W. McQueen

cc: Michael Gardner