# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**This cover sheet should be sent to ONE of the following addresses AFTER converting to a PDF document:**

| | |
|---|---|
| **Kansas City** | kcgen@mow.uscourts.gov |
| **Jefferson City** | jcgen@mow.uscourts.gov |
| **Springfield** | spfdgen@mow.uscourts.gov |

**Plaintiff**(s):                             **Defendant**(s): **In Re Sago Networks**

County of Residence: Jackson           County of Residence: Outside State of Missouri

Plaintiff's Atty(s):                     Defendant's Atty(s):

**Duncan William McQueen**
**Van Osdol, Magruder, Erickson & Redmond, PC**
**911 Main St, Suite 2400**
**Kansas City, Missouri 64105**
**816-421-0644**

**Michael P Joyce**
**Van Osdol, Magruder, Erickson & Redmond, PC**
**911 Main St, Suite 2400**
**Kansas City, Missouri 64105**
**816-421-0644**

II. Basis of Jurisdiction:      **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

                 Plaintiff:- **1 Citizen of This State**
              Defendant:- **2 Citizen of Another State**

IV. Origin :             **1. Original Proceeding**

V. Nature of Suit:　　　　**820 Copyrights**

VI. Cause of Action:　　　**Subpoena under 17 U.S.C. 512(h)**

VII. Requested in Complaint
　　　Class Action:
　　　Dollar Demand:
　　　Jury Demand: **No**

---

**Signature:　Duncan William McQueen**

**Date:　12/12/2006**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. Note: You may need to adjust the font size in your browser display to make the form print properly.**　　　Revised: 05/09/06

Case 4:06-mc-09052-HFS　　Document 1-4　　Filed 12/13/2006　　Page 2 of 2